

COM.

v.

COLON, D.

**1399 MDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–55–CR–2100030–2000
(Snyder)

Vacated/Remanded

M.M.

v.

R.H.

**1554 MDA 2016**

Superior Court of Pennsylvania.

04/27/2017

2016–04664
(Cumberland)

Affirmed

COM.

v.

SINGH, B.

**1431 MDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–06–CR–0003902–2015
(Berks)

Affirmed

COM.

v.

TOKARCIK, R.

**948 WDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–17–CR–0000049–2010
(Clearfield)

Affirmed

